Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASHINGTON STATE DEMOCRATIC PARTY, *et al.*, | No. C00-5419FDB |
| Plaintiffs, | ORDER AWARDING ADDITIONAL ATTORNEYS' FEES TO PLAINTIFFS AND MODIFYING JUDGMENT |
| v. | |
| SAM S. REED, as Secretary of State of the State of Washington, *et al.*, | |
| Defendants, | |
| REPUBLICAN STATE COMMITTEE OF WASHINGTON, *et al.*, | |
| Intervenors, | |
| LIBERTARIAN PARTY OF WASHINGTON STATE, *et al.*, | |
| Intervenors, | |
| WASHINGTON STATE GRANGE, TERRY HUNT, and JANE HODDE, | |
| Intervenors. | |

THIS MATTER came before this Court on the stipulation of Plaintiff Washington State Democratic Party and Defendant Sam S. Reed as Secretary of State of the State of Washington. Having considered the stipulation and the files and records herein,

ORDER AWARDING ADDITIONAL
ATTORNEYS' FEES TO PLAINTIFFS AND
MODIFYING JUDGMENT - 1
Case No. C00-5419 FDB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  IT IS NOW, THEREFORE, ORDERED that Plaintiff Washington State Democratic Party is awarded, under 42 U.S.C. § 1988, as additional attorneys' fees, the sum of $110,000.00 related to litigation in this matter, to be paid by Defendant Sam S. Reed, as Secretary of State of the State of Washington, and that the judgment be entered in favor of Plaintiff Washington State Democratic Party and against Defendant Sam S. Reed, as Secretary of State of the State of Washington, and that the June 8, 2005 Judgment be amended to read:

> The Washington State Democratic Party's Motion for Award of Attorneys' Fees is GRANTED, in part, and DENIED, in part, and Plaintiff Washington State Democratic Party is awarded $288,159 in attorneys' fees; The Washington State Democratic Party's Motion for Award of Non-Taxable Costs is DENIED; The Washington State Democratic Party's Motion for Award of Taxable Costs is GRANTED, in part, and DENIED, in part, and Plaintiff Washington State Democratic Party is awarded $4,431,78 in taxable costs.

DONE this 14th day of December 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

s/David T. McDonald
David T. McDonald, WSBA # 5260
Ramona M. Emerson, WSBA # 20956
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7022
davidm@prestongates.com

Attorneys for Plaintiffs
Washington State Democratic Party, et al.

ORDER AWARDING ADDITIONAL
ATTORNEYS' FEES TO PLAINTIFFS AND
MODIFYING JUDGMENT - 2
Case No. C00-5419 FDB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  s/Jeffrey T. Even
   Jeffrey T. Even, WSBA # 20367
2  James K. Pharris, WSBA # 5313
   William Clark, WSBA # 9234
3  ROB MCKENNA
   ATTORNEY GENERAL
4  1125 Washington Street SE
   Olympia, WA  98501
5  Tel:  (360) 753-6200
   Fax: (360) 664-2963
6  jeffe@atg.wa.gov

7  Attorneys for Defendant
   Sam S. Reed, as Secretary of State
8  of the State of Washington

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER AWARDING ADDITIONAL
ATTORNEYS' FEES TO PLAINTIFFS AND
MODIFYING JUDGMENT - 3
Case No. C00-5419 FDB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022